IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BYRON DENARD GREEN, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv191-MHT |
| | ) | (WO) |
| KEVIN WHITE, et al., | ) | |
| | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this amended lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Case 2:22-cv-00191-MHT-CSC   Document 21   Filed 08/27/25   Page 2 of 2

2

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2025.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE