IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BYRON DENARD GREEN,           )<br>                              )<br>    Petitioner,              )<br>                              )      CIVIL ACTION NO.<br>    v.                        )        2:22cv191-MHT<br>                              )            (WO)<br>KEVIN WHITE, et al.,          )<br>                              )<br>                              )<br>    Respondents.              )  | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 20) is adopted.

(2) The petition and amended petition for writ of habeas corpus (Doc. 1 and Doc. 5) are denied as time-barred.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2025.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE

2